IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WES CHEW,                        )
# 28947-064,                     )
                                 )
            Plaintiff,           )
                                 )
     v.                          )          CASE NO.  2:18-CV-238-WKW
                                 )                    [WO]
WALTER WOODS, Warden,            )
                                 )
            Defendant.           )

## ORDER

On May 1, 2018, the Magistrate Judge filed a Recommendation to which no

timely objections have been filed.  (Doc. # 4.)  Upon an independent review of the

record and upon consideration of the Recommendation, and in light of Plaintiff's

complete failure to respond to court orders or to appear in this action personally or

by counsel,[1] it is ORDERED that the Recommendation is ADOPTED, and that this

case is DISMISSED without prejudice for failure to prosecute and for failure to obey

court orders.

---

[1] In federal court, parties "may plead and conduct their own cases personally or by
counsel."  28 U.S.C. § 1654.  "The right to appear *pro se* . . . is limited to parties conducting 'their
own cases,' and does not extend to non-attorney parties representing the interests of others."
*FuQua v. Massey*, 615 Fed. App'x 611, 612 (11th Cir. 2015) (quoting *Devine v. Indian River Cty.
Sch. Bd.*, 121 F.3d 576, 581 (11th Cir. 1997), *overruled in part on other grounds by Winkelman ex
rel. Winkelman v. Parma City Sch. Dist.*, 550 U.S. 516, 535, 127 S.Ct. 1994, 167 L.Ed.2d 904
(2007)).

Final judgment will be entered separately.

DONE this 30th day of May, 2018.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE